**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

V.                                                                  **4:02CR00198-05 JMM**

**SAMMY LEE MOORE**

### ORDER

Pending is the Defendant's motion for termination of his term of supervised release. Defendant states that he has completed two years of his three year term of supervised release and has consistently met all of the requirements of his supervision. The United States Probation Office agrees that the Defendant has met all of the conditions of his supervision and the Government does not object. After reviewing § 3583(e)(1) and the factors set forth in § 3553, the Court is satisfied that such action is warranted by the conduct of the Defendant and the interest of justice.

Accordingly, Defendant's motion (Docket # 232) is GRANTED. Defendant's term of supervised release is terminated. The Clerk is directed to send a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 15th day of July 2009.

_____
James M. Moody
United States District Judge